# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

Brian Groover,                                  )
                                                )
    Plaintiff,              )  **ORDER RE ADMISSION**
                                                )  **PRO HAC VICE**
  vs.                                   )
                                                )
XTO Energy Inc., et. al.,                       )
                                                )  Case No.  1:16-cv-015
    Defendants.              )

---

Before the court is a motion for attorney Mackenzie A. Mango to appear *pro hac vice* on behalf Defendant Progressive Global Energy ("PGE"). In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Mackenzie A. Mango has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. Attorney Mackenzie A. Mango has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 44) is **GRANTED**. Attorney Mackenzie A. Mango is admitted to practice before this court in the above-entitled action on behalf of PGE.

  **IT IS SO ORDERED.**

  Dated this 11th day of May, 2017.


         */s/ Charles S. Miller, Jr.*
         Charles S. Miller, Jr.
         United States Magistrate Judge