**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Brian Groover, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING STIPULATED** |
| | ) | **MOTION TO SUBSTITUTE PARTIES** |
| vs. | ) | |
| | ) | |
| XTO Energy Inc., et. al., | ) | |
| | ) | Case No.  1:16-cv-015 |
| Defendants. | ) | |

Before the court is a "Stipulated Motion to Substitute Parties" filed by plaintiff and Defendant Yankee Consulting, LLC d/b/a Yankee Fishing & Rentals, Inc.  Therein they agree to substitute "Yankee Fishing & Rentals, Inc." as the named defendant in place of Yankee Consulting, LLC d/b/a Yankee Fishing & Rentals, Inc.

The court **GRANTS** the motion (Docket No.  45).  Yankee Fishing & Rentals, Inc.  shall be substituted as the named defendant in place of Yankee Consulting, LLC d/b/a Yankee Fishing & Rentals, Inc.

**IT IS SO ORDERED.**

Dated this 11th day of May, 2017.

                                                  */s/ Charles S. Miller, Jr.*
                                                  Charles S. Miller, Jr.
                                                  United States Magistrate Judge