# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Brian Groover,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>XTO Energy, Inc., et. al.,<br><br>　　　　Defendants. | **ORDER RE ADMISSION PRO HAC VICE**<br><br>Case No. 1:16-cv-015 |

Before the court is a motion for attorney Breton T. Leone-Quick to appear *pro hac vice* on behalf of Defendant Progressive Global Energy. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Breton T. Leone-Quick has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. Attorney Breton T. Leone-Quick has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 56) is **GRANTED**. Attorney Breton T. Leone-Quick is admitted to practice before this court in the above-entitled action on behalf of Defendant Progressive Global Energy

**IT IS SO ORDERED.**

Dated this 13th day of June, 2017.

　　　　　　　　　　　　　　　　　　　　*/s/ Charles S. Miller, Jr.*
　　　　　　　　　　　　　　　　　　　　Charles S. Miller, Jr.
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge